RECEIVED
IN MONROE, LA

JUN 1 4 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-CR-30016 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| BRANDON EMORY BROOKS | * | MAGISTRATE JUDGE HAYES |

### ORDER

The foregoing Motion considered:

IT IS ORDERED that the foregoing waiver be accepted and made a part of the record in this case and that the case may commence and be tried outside of and beyond the limits described in the Speedy Trial Act, 18 USC Sec. 3161, et seq.

SIGNED this 14 day of June, 2007, at Monroe, Louisiana.

KAREN L. HAYES, U.S. MAGISTRATE JUDGE